IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER USA LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PATRICK ENGLERT, individually, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND<br><br><br><br>Case No. 2:06-CV-378 TS |

Defendant Patrick Englert, appearing pro se moves for additional time to file his response to the Motion for Summary Judgment. Defendants oppose the Motion for several reasons including that the Motion was filed after the expiration of the time to respond. The Court finds good cause to extend the time and will grant a thirty-day extension. Defendant Patrick Englert is reminded that although an individual party may appear personally in federal court and prosecute his or her case,[1] the "law permits corporations and other

---

[1] 28 U.S.C. §1654 (providing "parties may plead and conduct their own cases personally or by counsel").

1

artificial entities to appear in federal courts only through licensed counsel."[2]  Thus, the extension granted herein applies only to movant Patrick Englert.  It is therefore

ORDERED that Defendant Patrick Englert's Motion for Extension of Time to File Response (Docket No. 208) to the summary judgment motion is GRANTED and any response shall be filed no later than Friday, October 26, 2007.

DATED  September 26, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[2] *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 195 (1993)(citations omitted).