Jason M. Kerr (8222)
David R. Parkinson (8258)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, UT  84116
Telephone:  (801) 530-2900
Facsimile:   (801) 530-2957

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER usa, LLC, a Utah limited liability company, and KLEIN-BECKER IP HOLDINGS, LLC, a Nevada limited liability company,<br><br>      Plaintiffs<br><br> vs.<br><br>PATRICK ENGLERT individually and d/b/a MR. FINEST SUPPLEMENTS, STRIVECTIN-SALES, SKIN-CREAM-SALES, STRIVECTINSALES@AOL.COM, MR. FINEST.COM, MRFINESTSUPPLEMENTS.COM; TOM ENGLERT individually and d/b/a MR. FINEST SUPPLEMENTS, STRIVECTIN-SALES, SKIN-CREAM-SALES, STRIVECTINSALES@AOL.COM, MR. FINEST.COM, MRFINESTSUPPLEMENTS.COM; MR. FINEST SUPPLEMENTS, INC.; and JOHN DOE CORPORATIONS I-X,<br><br>      Defendants | **NOTICE TO SUBMIT MOTIONS FOR DECISION**<br><br><br><br>Case No.  2:06-CV-00378<br><br>Judge Ted Stewart<br><br>Magistrate David O. Nuffer |

   PLEASE TAKE NOTICE Plaintiffs hereby submit their Motion for Attorney Fees and Costs, and also Defendant's Motion for New Trial to the Court for decision.

   Plaintiff's Motion for Attorney Fees and Costs was filed on February 1, 2011 (Docket No. 330) ; Defendant's Response to Plaintiffs' Motion for Attorney Fees and Costs was filed

with the Court on February 9, 2011 (Docket No. 334), and; Plaintiffs' Reply Memorandum in Support of Motion for Attorney Fees and Costs Pursuant to Rule 54(d)(2) was filed as Docket No. 336 on February 22, 2011, along with the Affidavit of Jason Kerr as Docket No. 337.

Defendant's Motion for New Trial and/or Alter or Amend Judgment was filed as Docket No. 329 with the Court on January 31, 2011.  Plaintiffs' Opposition to Defendants' Motion for New Trial and/or to Alter or Amend Judgment was filed with the Court on February 17, 2011 (Docket no. 335).

These matters are now ripe for decision from the Court.

DATED this 28th day of March, 2011.

/s/ Jason M. Kerr
JASON M. KERR
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of March, 2011, a true and correct copy of the foregoing Notice to Submit Motions for Decision, was mailed, postage prepaid, to:

Patrick Englert
121 Civic Center Drive #275
Lake St. Louis, MO 63367

/s/ Jason M. Kerr