Patrick J. Englert
121 Civic Center Drive #275
Lake Saint Louis, MO 63367
Telephone: 636.625.3635
Email: patrickenglert@aol.com

FILED
U.S. DISTRICT COURT

2011 APR -4 P 1: 43

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| KLEIN-BECKER usa, LLC, a Utah Limited Liability Company, and KLEIN-BECKER IP HOLDINGS, LLC, a Nevada Limited Liability Company, Plaintiffs, | **MOTION FOR 60 DAY EXTENSION TO FILE RESPONSE TO OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL** |
| vs. | |
| PATRICK ENGLERT individually and d/b/a MR. FINEST SUPPLEMENTS, STRIVECTIN-SALES, SKIN-CREAM-SALES, STRIVECTINSALES@AOL.COM, MRFINEST.COM, MRFINESTSUPPLEMENTS.COM; MR. FINEST SUPPLEMENTS, INC; and JOHN DOE CORPORATIONS I-X, Defendants. | **Case Number:** 2:06CV00378<br><br>District Judge Ted Stewart<br><br>Magistrate Judge David Nuffer |

1

The Defendants request a 60 day extension to prepare a response to the Plaintiff's recent filings. The Defendants did not receive from the Plaintiffs or The Court any notification of Doc 335 Opposition To Defendants' Motion For New Trial And/Or To Alter Or Amend Judgment (Filed 2/17/2011), Doc 336 Reply Memorandum In Support of Motion For Attorney Fees & Costs Pursuant To Rule 54(d)(2) (Filed 2/22/2011), and Doc 337 Declaration Of Jeremy Kerr In Support Of Motion For Attorney Fees (Filed 2/22/2011). On 3/29/2011 the Defendants called The Court to find out how to go about scheduling a hearing to argue their Motion For New Trial. Only upon this call to the court was it discovered by the Defendants that the filings even existed.

Once the Defendants learned of the filings they immediately contacted the Plaintiffs' in house counsel to get copies emailed to them. The documents were emailed @ 4:15 p.m. central time on 3/29/2011. The Defendants would have responded in a timely fashion but have been unable to do so due to uncontrollable circumstances. Based on these events the extension request should be granted.

DATED: March 30th, 2011

_____
Patrick Englert